UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>v.<br><br>WILSON RODRIGUEZ,<br><br>                            Defendant. | Case No.:  17cr1596-CAB<br><br>**ORDER ON MOTION FOR REDUCTION OF SENTENCE [DOC. NO. 80]** |

      Before the Court is the motion of defendant Wilson Rodriguez for reduction of his sentence based on the retroactive amendment to the United States Sentencing Guidelines that went into effect on November 1, 2023, providing for a 2-point downward adjustment for "zero-point offenders." [USSG § 4C1.1.] [Doc. No. 80.]

      The defendant was sentenced on May 6, 2019, on two counts of Importation of Methamphetamine and Importation of Heroin, in violation of 21 U.S.C. §§ 952, 960. [Doc. No. 62.]  He acknowledged in his plea that each court was subject to a mandatory minimum 10-year sentence. [Doc. No. 48.]

      In calculating the defendant's guidelines at sentencing, the defendant's base offense level was 38.  He received a minor role adjustment and 3 points for acceptance of responsibility for a total offense level of 29. [Doc. Nos. 154, 59.]

His criminal history score was 12, placing him in Category V. [Doc. Nos. 53, 54 and 59.] His guideline range was 140-175 months prior to any departures or variances. After considering the § 3553(a) factors, the Court sentenced the defendant to the mandatory minimum of 120 months on each count to run concurrently. [Doc. No. 62.]

The defendant now moves to have his sentence recalculated based on the retroactive guideline amendment for zero-point offenders. The defendant had 12 criminal history points at the time he was sentenced and therefore does not qualify for a zero-point offender adjustment. Additionally, he did not receive any status points added to his criminal history score. Consequently, his Criminal History Category V and his guidelines remain unchanged. Finally, the amendments would not offer relief from his mandatory minimum sentence even if applicable.

The defendant's motion to reduce his sentence based on the retroactive amendment for zero-point offenders is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated:  October 22, 2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge